UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>–v–<br><br>Charles Ogozy,<br><br>Defendant. | 20-cr-191 (WHP)<br><br>ORDER |

WILLIAM H PAULEY III, District Judge:

A conference is scheduled for December 22, 2020 at 11:00 a.m. A publicly-accessible audio line is available by dialing 917-933-2166, entering participant code 271784118.

Dated: December 15, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.