UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

                                         :

UNITED STATES OF AMERICA            :

                                         :       CONSENT PRELIMINARY ORDER

        - v. -                  :       OF FORFEITURE/

                                           :       MONEY JUDGMENT

CHARLES IFEANYI OGOZY,           :

                                           :       20 Cr. 191 (WHP)

          Defendant.              :

                                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

         WHEREAS, on or about January 30, 2020, CHARLES IFEANYI OGOZY (the "Defendant"), was charged in an arraigned on a three-count Information, 20 Cr. 191 (WHP) (the "Information"), with conspiracy to commit bank fraud and wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One); conspiracy to receive stolen money, in violation of Title 18, United States Code, Section 371 (Count Two); and money laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h) (Count Three);

         WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), of any and all property constituting, or derived from, proceeds the Defendant obtained directly or indirectly, as a result of the commission of the bank fraud conspiracy charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

         WHEREAS, the Information included a second forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461 of any and all property, real and personal, that constitutes or is derived from, proceeds traceable to the commission of the

wire fraud conspiracy charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, on or about December 22, 2020, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States a sum of money equal to $83,880 in United States currency representing pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of Count One of the Information, and, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the commission of Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $83,880 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, Acting United States Attorney, Assistant United States

Attorney, Sagar K. Ravi of counsel, and the Defendant, CHARLES IFEANYI OGOZY and his counsel, Jeffrey Chabrowe, Esq., that:

1.　　As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $83,880 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2.　　Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, CHARLES IFEANYI OGOZY, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.　　All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007, and shall indicate the Defendant's name and case number.

4.　　The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.　　Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.      The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

9.     The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____        12/22/2020
    Sagar K. Ravi                      DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2195


CHARLES IFEANYI OGOZY


By: _____        12 - 21 - 2020
    Charles Ifeanyi Ogozy              DATE


By: _____        12-22-20
    Jeffrey Chabrowe, Esq.             DATE
    Attorney for Defendant
    261 Madison Avenue, 12th Floor
    New York, New York 10016


SO ORDERED:


_____             December 22, 2020
WILLIAM H. PAULEY III                  DATE
U.S.D.J.