UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

CHARLES IFEANYI OGOZY,

                Defendant.
---------------------------------------------------------------x

**ORDER**
20 CR 191 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/21

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for September 9, 2021, is moved to Wednesday, September 8, 2021, at 1:30 p.m.

SO ORDERED.

Dated: New York, New York
       August 23, 2021

                                        /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE