UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

CHARLES OGOZY,

                      Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 191 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21

KIMBA M. WOOD, District Judge:

      The sentencing for the above-captioned defendant, currently scheduled for November 3, 2021, is adjourned to November 22, 2021, at 12:00 p.m.

      SO ORDERED.

Dated: New York, New York
       September 2, 2021

                                        KIMBA M. WOOD
                             UNITED STATES DISTRICT JUDGE