UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/21
```

-against-

**ORDER**
20 CR 191 (KMW)

CHARLES IFEANYI OGOZY,

Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

In order to hold the defendant's sentencing as an in-person proceeding, as requested by the parties, the Court adjourns sentencing to December 15, 2021, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
       November 10, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE