UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED:  1/4/22 |

                    -against                                **ORDER**
                                                          20 CR 191 (KMW)
CHARLES IFEANYI OGOZY,

                              Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Sentencing currently scheduled for January 12, 2022, is adjourned to March 2, 2022, at

11:30 a.m., as an in-person sentencing. Defendant's submission is due by February 16, 2022.

Government submission is due by February 23, 2022.


        SO ORDERED.

Dated: New York, New York
       January 4, 2022

                              KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE