```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 12, 2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

                                                            **20 Cr. 191 (KMW)**
                                                            **23 Cv. 543 (KMW)**

       -against-                                                            **ORDER**

Charles Ogozy,
                    Defendant.
------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      Petitioner-Defendant Ogozy has moved for relief from his conviction pursuant to 28 U.S.C. § 2255 on the ground of ineffective assistance of counsel. On March 8, 2023, the Court ordered Petitioner-Defendant to return an executed "Attorney-Client Privilege Waiver (Informed Consent)" form (the "Waiver"); the Government to promptly serve the Waiver on Defendant's former counsel, Jeffrey Chabrowe, Esq. ("Counsel"); and Counsel to provide a sworn affidavit addressing the allegations of ineffective assistance of counsel, within 60 days of being served with the Waiver by the Government. (ECF No. 74). The Court received the Waiver on March 20, 2023. (ECF No. 76). By July 26, 2023, the Government is ordered to provide an update to the Court as to whether it served the Waiver on Counsel and whether Counsel provided an affidavit addressing the allegations of ineffective assistance of counsel.

      The Clerk is respectfully directed to mail a copy of this Order to Petitioner-Defendant.

      SO ORDERED.

Dated: New York, New York
           July 12, 2023

                                                     */s/ Kimba M. Wood*
                                                        Kimba M. Wood
                                                  United States District Judge