UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against

CHARLES IFEANYI OGOZY,

                         Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 191 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/25

KIMBA M. WOOD, District Judge:

    The Court appoints CJA attorney on duty today, Carlos Santiago, Esq., to represent the defendant in his non-compliance of supervision.

    SO ORDERED.

Dated: New York, New York
       April 9, 2025

                                                  /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE