UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against -

CHARLES IFEANYI OGOZY,

                         Defendant.
-------------------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: ___9/16/25___

**ORDER**
20 CR 191 (KMW)

KIMBA M. WOOD, District Judge:

    The conference currently scheduled for Wednesday, September 24, 2025, is adjourned to

Wednesday, October 15, 2025, at 12:00 p.m.

    SO ORDERED.

Dated:  New York, New York
       September 16, 2025

                                KIMBA M. WOOD
                   UNITED STATES DISTRICT JUDGE