**RICHARD J. MA, ESQ.**
20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/25

November 6, 2025

**MEMO ENDORSED**

<u>*Via ECF and E-Mail*</u>
Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Charles Ifeanyi Ogozy*
              20 Cr. 191 (KMW)

Dear Judge Wood:

      As the Court is aware, I represent Mr. Charles Ifeanyi Ogozy, the above-referenced defendant, in a non-compliance with Supervised Release proceeding currently scheduled for November 12, 2025. This correspondence is submitted pursuant to the Court's directive to apprise the Court of Mr. Ogozy's compliance and to request an adjournment of the proceedings.

      Since the last court appearance on October 15, 2025, Mr. Ogozy has reported to Probation once to fill out his financial paperwork and has maintained consistent contact with the undersigned. Moving forward, our understanding is that, in order to address his past issues with non-compliance, Mr. Ogozy will: (i) verify an earlier restitution payment; (ii) continue to report to Probation; and (iii) make good-faith efforts to make future restitution payments.

      In light of the foregoing and based upon my communications with Probation Officer Julianna Gruenberg, we believe that an additional period of time to monitor Mr. Ogozy's compliance is appropriate. Accordingly, we respectfully request an adjournment of the proceedings to January 30, 2026, or thereafter, for control, with the understanding that the parties will again update the Court as to the status of Mr. Ogozy's compliance.

Based upon my communications with A.U.S.A. Rita Maxwell, the government has no objection to this request.

    Thank you. Should the Court have any questions or concerns, or should any further information be required, please do not hesitate to contact the undersigned.

> The next conference is scheduled for February 4, 2026, at 12:30 p.m., as a control date. The parties shall update the Court by January 23, stating whether they would like to adjourn or appear on that date.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.
Counsel to Charles Ogozy

cc via email:  Probation Officer Julianna Gruenberg
              A.U.S.A. Rita Maxwell
              Charles Ogozy

SO ORDERED: N.Y., N.Y.  11/10/25

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.