**RICHARD J. MA, ESQ**.

20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 10, 2026

February 9, 2026

***Via ECF and E-Mail***
Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

      Re:    *United States v. Charles Ifeanyi Ogozy*
           20 Cr. 191 (KMW)

Dear Judge Wood:

As the Court is aware, I represent Mr. Charles Ifeanyi Ogozy, the above-referenced defendant, in non-compliance with Supervised Release proceedings. This correspondence is submitted to respectfully request re-scheduling the next conference in this matter, currently set for May 6, 2026.

Your Honor will recall that this matter was adjourned to May 6, 2026, for Mr. Ogozy to demonstrate compliance with the terms and conditions of his Supervised Release. Specifically, Mr. Ogozy must: (i) verify an earlier restitution payment; (ii) continue to report to Probation; and (iii) make good-faith efforts to make future restitution payments.

Unfortunately, I have realized that I am unavailable the week of May 6, and I request that our next conference be re-scheduled to the following week, beginning May 11, 2026, or any date thereafter that is convenient to the Court. Based upon my communications with A.U.S.A. Rita Maxwell and Probation Officer Julianna Gruenberg, neither party has any objection to the instant request and all parties are available that week. Notably, the Court permitted Mr. Ogozy to remotely appear at the next conference due to the fact that he has new employment; and I also request that Mr. Ogozy be permitted to appear virtually at the re-scheduled appearance.

Thank you.  Should the Court have any questions or concerns, or should any further information be required, please do not hesitate to contact the undersigned.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.
Counsel to Charles Ogozy

cc via email:   Probation Officer Julianna Gruenberg
A.U.S.A. Rita Maxwell
Charles Ogozy

**With no objection from the Government, Defendant's request to adjourn the conference is <u>GRANTED</u>. The conference is rescheduled to <u>Wednesday, May 13, 2026, at 10:30 a.m.</u> and will take place via Teams.**

**SO ORDERED.**

**Dated: New York, New York**
**February 10, 2026**

/s/ Kimba M. Wood
_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE