UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against

CHARLES IFEANYI OGOZY,

                  Defendant.

--------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/26

**ORDER**

20 CR 191 (KMW)

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's calendar, the Teams conference that was scheduled for May 13, 2026 is rescheduled for May 12, 2026, at 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
       February 11, 2026

                             KIMBA M. WOOD
                 UNITED STATES DISTRICT JUDGE