USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/16/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
               Judgment Creditor,

v.

CHARLES IFEANYI OGOZY,
               Judgment Debtor.

20 CR 00191-01 (KMW)

STIPULATION AND
ORDER FOR VOLUNTARY
ASSIGNMENT OF EARNINGS

WHEREAS, on March 16, 2022, the United States of America obtained a judgment against the judgment debtor, CHARLES IFEANYI OGOZY, in the amount of $646,939.10, for which the outstanding balance is $685,896.90, and the parties have agreed to voluntary automatic deduction of 10% per pay period from CHARLES IFEANYI OGOZY's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that CHARLES IFEANYI OGOZY's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of CHARLES IFEANYI OGOZY's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for CHARLES IFEANYI OGOZY, 20 CR 00191-01.

Dated: June 15 , 2026
      New York, New York

_____
CHARLES IFEANYI OGOZY
*Judgment Debtor*

JAY CLAYTON
United States Attorney

_____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712

SO ORDERED:

_____   6/16/26
UNITED STATES DISTRICT JUDGE